# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Pamela J Brewer**<br><br>Debtor(s). | Case Number: **13-25237**<br><br>Chapter 13 |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**JH PORTFOLIO DEBT EQUITIES LLC** (hereinafter "Creditor") hereby gives notice that all presently held or future payments and correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address :

| | |
|---|---|
| **OLD ADDRESS** | JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 382656<br>GERMANTOWN, TN 38183-2656 |
| **NEW ADDRESS** | JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by: _____    Dated:    **3/3/2017**
Authorized agent for Creditor

Print Name: Maria Capiral