**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/17/2018

IN RE:

PAMELA J. BREWER
360 GALLITIN ROAD
BELLE VERNON, PA  15012
XXX-XX-2802          Debtor(s)

Case No.13-25237 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/17/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CITIFINANCIAL (RE*)++**<br>BANKRUPTCY REMITTANCE<br>POB 70919<br>CHARLOTTE, NC  28272-0919 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AVD/OE*2ND/SCH*WAIVED ANY PMT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 360 GALLITIN RD |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL 6 GOVS*1ST*@JPM CHASE/PL*JPM CHASE MTG ACQ TRST 2007-CH | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 8667 |
| **JH PORTFOLIO DEBT EQUITIES LLC****<br>C/O JD RECEIVABLES LLC<br>PO BOX 788<br>KIRKLAND, WA  98083 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 411.84<br>COMMENT: 0220/SCH*ASPIRE CARD*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1866 |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br>WARREN, MI  48090 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3000 |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br>WARREN, MI  48090 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1302 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1942 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5972 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1140 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6340 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,316.17<br>COMMENT: 2304/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7239 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9690 |
| **DEUTSCHE BANK NTC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  209.34<br>COMMENT:  CMS/SCH*LEGACY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2136 |
| **CENTRAL TAX BUREAU++**<br>340 BELL AVE<br><br>MCKEES ROCKS, PA  15136 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~EIT TAX~SD BORO?/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0267:06 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7854 |
| **QUANTUM3 GROUP LLC AGNT - GALAXY ASSET**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  2,180.41<br>COMMENT:  CIT FINGERHUT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2151 |
| **CREDIT SOLUTIONS CORP**<br>5454 RUFFIN RD<br><br>SAN DIEGO, CA  92123 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **KEYSTONE MUNIC COLLECTIONS** NOW KEYS**<br>546 WENDEL RD<br><br>IRWIN, PA  15642 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EIT~ELIZABETH FRWRD SD~BORO?/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2802:05 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*DFNCY BALANCE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*DFNCY BALANCE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4690 |
| **FIRST PREMIER BANK**<br>POB 5114<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6425 |

| Creditor | Trustee Claim Info | Credit Description |
|---|---|---|
| **FIRST PREMIER BANK**<br>POB 5114<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6713 |
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4266 |
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9039 |
| **GE CAPITAL/HOME DEPOT++**<br>POB 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0650 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4089 |
| **LVNV FUNDING LLC**<br>POB 10584<br><br>GREENVILLE, SC 29603-0584 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9039 |
| **RAC TRUST**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,901.64<br>COMMENT: SPIEGEL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9909 |
| **STATE FARM BANK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,775.48<br>COMMENT: 3760/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6168 |
| **TATE & KIRLIN ASSOC**<br>2810 SOUTHAMPTON RD<br><br>PHILADELPHIA, PA 19154 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1159 |
| **VICTORIA'S SECRET**<br>POB 16590<br><br>COLUMBUS, OH 43216 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7955 |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE CORP** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2036 | Court Claim Number: | ACCOUNT NO.:  7440 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  WFNNB VICTORIA SECRET/SCH | |
| | | |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:6 | ACCOUNT NO.:  8667 |
| PO BOX 65450 | CLAIM:  61,425.77 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  CL 6 GOVS*1ST*60k/PL@JPM CHASE BK*JPM CHASE MTG ACQ TRST 2007-CH2*TH | |
| | | |
| **JH PORTFOLIO DEBT EQUITIES LLC**\*\* | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JD RECEIVABLES LLC | Court Claim Number:7 | ACCOUNT NO.:  5820 |
| PO BOX 788 | CLAIM:  466.99 | |
| KIRKLAND, WA  98083 | COMMENT:  NT/SCH*GEMB*DKT | |