**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Pamela J. Brewer | : | Case No. 13-25237JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #7 |
| Movant(s) | : | |
| | : | Doc. # 63 |
| vs. | : | |
| JH Portfolio Debt Equities LLC | : | Hearing Date |
| | : | |
| Respondent(s) | | |

## ORDER OF COURT

AND NOW, this ___7th___ day of ___December___, 20_18_, upon consideration of the Trustee's Objection to Claim No. 7, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 07 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

FILED
12/7/18 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
U.S. Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 13-25237-JAD
Pamela J. Brewer                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut                Page 1 of 1        Date Rcvd: Dec 07, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Pamela J. Brewer,    360 Gallitin Road,    Belle Vernon, PA 15012-3123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor   First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed
               Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Pamela J. Brewer julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Pamela J. Brewer julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew Christian Waldt    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset
               Backed Pass-Through Certificates, Series 2007-CH2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7