Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Pamela J. Brewer
aka Pamela Gillespie**
Debtor(s)

Bankruptcy Case No.: 13−25237−JAD

Chapter: 13
Docket No.: 86 − 84

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 29th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/6/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/15/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/6/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-25237-JAD
Pamela J. Brewer                                                Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 408            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db             +Pamela J. Brewer,    360 Gallitin Road,    Belle Vernon, PA 15012-3123
13767731       +Aspire/Columbus Bank and Trust,    P.O. Box 105555,    Atlanta, GA 30348-5555
13767741       +Central Tax Bureau,    Enforcement Division,    403 South Third Street,    2nd Floor, Suite B,
                 Youngwood, PA 15697-5101
13767744        Citifinancial,    300 St. Paul Street,    Baltimore, MD 21202
13767745       +Citifinancial,    PO Box 70919,   Charlotte, NC 28272-0919
13767746       +Credit Solutions,    5454 Ruffin Road, Suite 200,    San Diego, CA 92123-1313
13816690        Deutche Bank National Trust,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
13834074       +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13767747        Elizabeth Forward School District,    c/o Keystone Municipal Collections,    118 Wendel Road,
                 Irwin, PA 15642
13767748       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13767749       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13780390        First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13780389       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13767750       +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
13767755       +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13767754       +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13767756        JP Morgan Chase Bank,    3814 South West Temple,    Salt Lake City, UT 84115
13816586        RAC Trust,   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13767759        State Farm Bank, LLC,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13767732        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 30 2019 02:45:22     Asset Acceptance, LLC,
                 PO Box 1630,    Warren, MI 48090-1630
13767735       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 02:51:31      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767734       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2019 02:45:44     Capital One,
                 c/o Jefferson Capital Systems, LLC,    PO BOX 7999,    Saint Cloud, MN 56302-7999
13767738        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 02:52:03
                 Capital One Bank (USA), NA,    P.O. Box 71083,    Charlotte, NC 28272-1083
13767739        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:52:13      Capital One Bank, NA,
                 c/o Midland Funding, LLC,    P.O. Box 268941,    Oklahoma City, OK 73126-8941
13767740       +E-mail/Text: bkr@cardworks.com Mar 30 2019 02:44:31     Cardworks Servicing,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13767742        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14      Chase Card Services,
                 c/o Midland Funding, LLC,    P.O. Box 268941,    Oklahoma City, OK 73126-8941
13767743        E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:06     Citi Bank - Fingerhut,
                 c/o Quantum3 Group, LLC as agent for,    Galaxy Asset Purchasing, LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
13767752        E-mail/Text: bknotice@crgofusa.com Mar 30 2019 02:45:53     GE Capital - Lowe's Consumer,
                 c/o Capital Recovery Group, LLC,    Dept. 3203,    P.O. Box 12303,    Dallas, TX 75312-3203
13767753       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 02:51:54     GECRB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
13834107       +E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:06
                 JH Portfolio Debt Equities LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13767757       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2019 02:52:13      LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13771576        E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:07
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13767758       +E-mail/Text: bkr@cardworks.com Mar 30 2019 02:44:31     Spiegal,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13767761       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 30 2019 02:44:59      Victoria's Secret,
                 P.O. Box 182789,    Columbus, OH 43218-2789
13767762       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 30 2019 02:45:22      Victoria's Secret/WFNNB,
                 c/o Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI 48090-2036
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr*            +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13767733*       Asset Acceptance, LLC,    PO Box 1630,    Warren, MI 48090-1630
13767736*      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767737*      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767751*      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
13817554*       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                  Date Rcvd: Mar 29, 2019
                               Form ID: 408                Total Noticed: 35

13767760      ##+Tate & Kirlin Associates,    2810 Southhampton Rd.,    Philadelphia, PA 19154-1207
                                                                                TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed
               Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Pamela J. Brewer julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Pamela J. Brewer julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset
               Backed Pass-Through Certificates, Series 2007-CH2 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```