**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAMELA J. BREWER

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:13-25237 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2019

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/19/2013  and confirmed on 1/28/14 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 166,093.00 |
| Less Refunds to Debtor | 4,785.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 161,307.25 |

| Administrative Fees | |
|---|---:|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 3,400.00 |
| Trustee Fee | 6,584.32 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 9,984.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO · | 0.00 | 87,162.77 | 0.00 | 87,162.77 |
| Acct: 8667 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO · | 61,425.77 | 61,425.77 | 0.00 | 61,425.77 |
| Acct: 8667 | | | | |
| | | | | 148,588.54 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAMELA J. BREWER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAMELA J. BREWER | 4,785.75 | 4,785.75 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXN RD | | | | |
| JH PORTFOLIO DEBT EQUITIES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1866 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3000 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1302 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1942 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5972 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1140 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6340 | | | | |
| CAPITAL ONE BANK NA** | 1,316.17 | 429.31 | 0.00 | 429.31 |

13-25237 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7239 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9690 | | | | |
| DEUTSCHE BANK NTC | 209.34 | 68.28 | 0.00 | 68.28 |
| Acct: 2136 | | | | |
| CENTRAL TAX BUREAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7:06 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7854 | | | | |
| QUANTUM3 GROUP LLC AGNT - GALAXY | 2,180.41 | 711.21 | 0.00 | 711.21 |
| Acct: 2151 | | | | |
| CREDIT SOLUTIONS CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2:05 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4690 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6425 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6713 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4266 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9039 | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0650 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4089 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9039 | | | | |
| RAC TRUST | 1,901.64 | 620.28 | 0.00 | 620.28 |
| Acct: 9909 | | | | |
| STATE FARM BANK | 2,775.48 | 905.31 | 0.00 | 905.31 |
| Acct: 6168 | | | | |
| TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1159 | | | | |
| VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7955 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7440 | | | | |
| JH PORTFOLIO DEBT EQUITIES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5820 | | | | |
| | | | | 2,734.39 |

TOTAL PAID TO CREDITORS                                                              151,322.93

TOTAL
CLAIMED              0.00
PRIORITY         61,425.77
SECURED           8,383.04

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PAMELA J. BREWER

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:13-25237 JAD

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-25237-JAD
Pamela J. Brewer                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur          Page 1 of 2          Date Rcvd: Mar 29, 2019
                             Form ID: pdf900      Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db            +Pamela J. Brewer,    360 Gallitin Road,    Belle Vernon, PA 15012-3123
13767731      +Aspire/Columbus Bank and Trust,    P.O. Box 105555,    Atlanta, GA 30348-5555
13767741      +Central Tax Bureau,    Enforcement Division,    403 South Third Street,    2nd Floor, Suite B,
               Youngwood, PA 15697-5101
13767744       Citifinancial,    300 St. Paul Street,    Baltimore, MD 21202
13767745      +Citifinancial,    PO Box 70919,   Charlotte, NC 28272-0919
13767746      +Credit Solutions,    5454 Ruffin Road, Suite 200,    San Diego, CA 92123-1313
13816690       Deutche Bank National Trust,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
13834074      +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
13767747       Elizabeth Forward School District,    c/o Keystone Municipal Collections,    118 Wendel Road,
               Irwin, PA 15642
13767748      +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13767749      +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13780390       First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
               One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13780389      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13767750      +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
13767755      +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
13767754      +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13767756       JP Morgan Chase Bank,    3814 South West Temple,    Salt Lake City, UT 84115
13816586       RAC Trust,    Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13767759       State Farm Bank, LLC,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13767732       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 30 2019 02:45:22     Asset Acceptance, LLC,
               PO Box 1630,    Warren, MI 48090-1630
13767735      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 02:51:31     Capital One,
               P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767734      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2019 02:45:44     Capital One,
               c/o Jefferson Capital Systems, LLC,    PO BOX 7999,    Saint Cloud, MN 56302-7999
13767738       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 02:52:01
               Capital One Bank (USA), NA,    P.O. Box 71083,    Charlotte, NC 28272-1083
13767739       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14     Capital One Bank, NA,
               c/o Midland Funding, LLC,    P.O. Box 268941,    Oklahoma City, OK 73126-8941
13767740      +E-mail/Text: bkr@cardworks.com Mar 30 2019 02:44:31     Cardworks Servicing,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
13767742       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14     Chase Card Services,
               c/o Midland Funding, LLC,    P.O. Box 268941,    Oklahoma City, OK 73126-8941
13767743       E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:06     Citi Bank - Fingerhut,
               c/o Quantum3 Group, LLC as agent for,    Galaxy Asset Purchasing, LLC,    P.O. Box 788,
               Kirkland, WA 98083-0788
13767752       E-mail/Text: bknotice@crgofusa.com Mar 30 2019 02:45:53     GE Capital - Lowe's Consumer,
               c/o Capital Recovery Group, LLC,    Dept. 3203,    P.O. Box 12303,    Dallas, TX 75312-3203
13767753      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 02:51:25     GECRB/Lowes,    PO Box 965005,
               Orlando, FL 32896-5005
13834107      +E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:06
               JH Portfolio Debt Equities LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13767757      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2019 02:51:41     LVNV Funding, LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
13771576       E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:06
               Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing, LLC,    PO Box 788,
               Kirkland, WA  98083-0788
13767758      +E-mail/Text: bkr@cardworks.com Mar 30 2019 02:44:31     Spiegal,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13767761      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 30 2019 02:44:59     Victoria's Secret,
               P.O. Box 182789,    Columbus, OH 43218-2789
13767762      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 30 2019 02:45:22     Victoria's Secret/WFNNB,
               c/o Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI 48090-2036
                                                                                           TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
cr*           +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13767733*      Asset Acceptance, LLC,    PO Box 1630,    Warren, MI 48090-1630
13767736*     +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767737*     +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13767751*     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
13817554*      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701

```
District/off: 0315-2          User: jfur          Page 2 of 2          Date Rcvd: Mar 29, 2019
                             Form ID: pdf900     Total Noticed: 35
```

```
13767760      ##+Tate & Kirlin Associates,   2810 Southhampton Rd.,   Philadelphia, PA 19154-1207
                                                             TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
```
          David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
          draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
          James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
          behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed
          Pass-Through Certificates, Series 2007-CH2 bkgroup@kmllawgroup.com
          Kenneth M. Steinberg   on behalf of Debtor Pamela J. Brewer julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
          dl-steinberg.com
          Kenneth M. Steinberg   on behalf of Plaintiff Pamela J. Brewer julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
          dl-steinberg.com
          Matthew Christian Waldt   on behalf of Creditor   Deutsche Bank National Trust Company, as
          Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset
          Backed Pass-Through Certificates, Series 2007-CH2 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 7
```